604 A.2d 1024

**Lori Guntrum MYERS, Appellant,**

v.

**SELECTIVE RISKS INSURANCE COMPANY,**
**Selective Insurance Company of America,**
**and Selected Insurance Company.**

Supreme Court of Pennsylvania.

Argued March 12, 1992.

Decided April 16, 1992.

John G. Achille, Brookville, for appellant.

Timothy J. Burdette, Anstandig, Levicoff & McDyer, Pittsburgh, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Prior report: 399 Pa.Super. 654, 573 A.2d 1163.

Appeal dismissed as having been improvidently granted.

PAPADAKOS, J., did not participate in the consideration or decision of this case.

LARSEN and CAPPY, JJ., dissent.